**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-10-638 |
| | § | |
| | § | |
| EVARISTO ROJAS GUZMAN | § | |

**O R D E R**

Counsel for the defendant filed a motion to withdraw as counsel. (Docket Entry No. 26). The motion is granted. The magistrate judge will appoint new counsel for the defendant.

The defendant filed an unopposed motion for continuance, (Docket Entry No.25). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | March 1, 2011 |
| Responses are to be filed by: | March 14, 2011 |
| Pretrial conference is reset to**:** | **March 21, 2011, at 8:45 a.m.** |
| Jury trial and selection are reset to: | **March 28, 2011, at 9:00 a.m.** |

SIGNED on October 29, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge