**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-10-638 |
| | § | |
| | § | |
| EVARISTO ROJAS GUZMAN | § | |

**ORDER**

The government filed an unopposed motion to continue the sentencing hearing. (Docket Entry No. 43). The motion is granted. The sentencing hearing is reset to **January 31, 2012, at 9:00 a.m.**

SIGNED on August 1, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge